UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER BRAURMAN, LIDIYA BRAURMAN, and MICHAEL BRAURMAN,<br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED RECOVERY SYSTEMS, INC.,<br>Defendant. | Case 2:11-cv-06285-WJM-MF<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed.R.Civ.P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter.

Now, therefore, by this stipulation and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice and without costs.

Dated: April 24, 2012

Philip D. Stern & Associates, LLC
Attorneys for Plaintiffs, Alexander Braurman, Lidiya Braurman and Michael Braurman
s/Philip D. Stern
Philip D. Stern

Dated: April 24, 2012

The Salvo Law Firm, PC
Attorneys for Defendant, Associated Recovery Systems, Inc.
s/Cindy D. Salvo
Cindy D. Salvo

SO ORDERED:

William J. Martini, U.S.D.J.

April 25, 2012